**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000600
23-MAY-2023
08:10 AM
Dkt. 113 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

JEROME C. PAVE, Claimant,
v.
PRODUCTION PROCESSING, INC., Employer-Appellee/Appellee,
and
GALLAGHER BASSETT SERVICES, INC., Insurance Carrier-
Appellee/Appellee,
and
SPECIAL COMPENSATION FUND, Appellant/Appellant

NO. CAAP-17-0000600

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-011 (DCD No. 2-10-02936))

_____

CLYDE A. DIAS, Claimant,
v.
ALTRES, INC., Employer-Appellant/Appellee,
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, Inc., Insurance
Carrier-Appellant/Appellee,
and
SPECIAL COMPENSATION FUND, Appellee/Appellant

NO. CAAP-17-0000925

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-387 (DCD No. 2-08-08354))

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[1])

_____

[1] Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.

The Opinion of the Court, filed on December 22, 2022, is hereby corrected as follows:

1.  On page 11, in footnote 11, the reference to "Merrian-Webster" should be replaced with "Merriam-Webster" so that as corrected, the sentence reads: "Spondylosis, Merriam-Webster, https://www.merriam-webster.com/medical/spondylosis (last visited Dec. 14, 2022)."

2.  On page 12, in the last line of the first partial paragraph should should be indented to appear as:

> occasional needle sensation in both hands and stiffness in the morning.  [Pave] also reported bowel and bladder control problems and difficulty with sexual function.

3.  On page 21, in line 4 in the block quote from Bumanglag v. Oahu Sugar Co., 78 Hawaiʻi 275, 278, 892 P.2d 468, 471 (1995), the word "lumber" should be changed to "lumbar," to read as follows:

> ***Even if*** we were to accept Dr. Hendrickson's opinion as to [Bumanglag]'s preexisting impairment for his low back condition, and apply it to the highest permanent impairment rating for the lumbar region (11% of the whole person), 20 to 25% of 11% would provide, at most, 2.75% preexisting permanent partial disability of the whole person.  Permanent partial disability of 2.75% of the whole person is equal to 10.71 weeks of compensation . . . .  It has not been shown that [Bumanglag] has a preexisting permanent partial disability of 32 weeks of compensation necessary to warrant apportionment with SCF.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, May 23, 2023.

FOR THE COURT:

/s/ Keith K. Hiraoka
Associate Judge